1  Jeffrey N. Mausner (State Bar No. 122385)
   Mona D. Miller (State Bar No. 77452)
2  G. Jill Basinger (State Bar No. 195739)
   BERMAN, MAUSNER & RESSER
3  A LAW CORPORATION
   4727 Wilshire Boulevard, Suite 500
4  Los Angeles, California 90010-3874
   Telephone: (323) 965-1200
5  Fax: (323) 965-1919
   E-mail: jmausner@bmrlaw.com
6
   Attorneys for Plaintiff
7  PERFECT 10, INC.

8

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  PERFECT 10, INC., a California corporation, | ) Case No.: 01-02595 LGB (SHx) |
| 13                     Plaintiff, | ) NOTICE OF DISMISSAL OF |
| 14 | ) NAMESECURE, INC. ONLY; NO OTHER |
| 14 | ) DEFENDANTS ARE DISMISSED |
| 15                     vs. | ) |
| 16  CYBERNET VENTURES, INC.; SPIKA'S REALM; FUNET INC.; NAMESECURE, | ) |
| 17  INC.; SEAN DEVINE, an individual; WORLDGATE INC.; THOMAS PACH, an | ) |
| 18  individual; XLINK; and DOES 1-10, | ) |
| 19                     Defendants. | ) |

20

21

22      Plaintiff Perfect 10, Inc., by its attorneys, does hereby dismiss only Defendant

NAMESECURE, INC. without prejudice. No other Defendants are dismissed.

23

Dated: June 4, 2001                    Respectfully submitted,

24

25                                     Jeffrey N. Mausner (Bar No. 122385), Member of:
                                       BERMAN, MAUSNER & RESSER, A LAW CORPORATION

26      ENTERED ON ICMS

27      JUN - 6 2001          By: _____
                                  Jeffrey N. Mausner
28      CV                        Attorneys for Plaintiff, PERFECT 10, INC.

FILED
2001 JUN -5 PM 2:27
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY

1

## PROOF OF SERVICE

2

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I am employed in the county of Los Angeles, State of California.

4

I am over the age of 18 and am not a party to the within action;  my business address is:  4727 Wilshire Boulevard, Suite 500, Los Angeles, California 90010-3874.

5

On June 5, 2001, I served the foregoing document(s) described as follows:

6

7

**NOTICE OF DISMISSAL OF NAMESECURE, INC. ONLY; NO OTHER DEFENDANTS ARE DISMISSED**

8

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

9

Donald G. Norris, Esq.

10

Oppenheimer, Wolff & Donnelly
2029 Century Park East, Suite 3800

11

Los Angeles, CA 90067

12

Kevin W. Kirsch, Esq.
Oppenheimer, Wolff & Donnelly

13

840 Newport Center Drive, Suite 700
Newport Beach, CA 92660

14

**MAIL:**   I placed such envelope with fully prepaid postage thereon in the United States mail at Los

15

Angeles, California.

16

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  I declare, under penalty of perjury, that the foregoing is true and

17

correct.

18

Executed on **June 5, 2001**, at Los Angeles, California.

19

20

BY: *Paul C. Mim Mack*
          Paul Mim Mack

21

22

23

24

25

26

27

28

BERMAN, MAUSNER & RESSER
A LAW CORPORATION