| | |
|---|---|
| 1 | JEFFREY N. MAUSNER (State Bar No. 122385) |
|   | LAURENCE M. BERMAN (State Bar No. 93515) |
| 2 | MONA D. MILLER (State Bar No. 77452) |
|   | G. JILL BASINGER (State Bar No. 195739) |
| 3 | BERMAN, MAUSNER & RESSER |
|   | A LAW CORPORATION |
| 4 | 4727 Wilshire Boulevard, Suite 500 |
|   | Los Angeles, California 90010-3874 |
| 5 | Telephone: (323) 965-1200 |
|   | Fax: (323) 965-1919 |
| 6 | E-mail: jmausner@bmrlaw.com |

JOHN J. QUINN (State Bar No. 029588)
RONALD JOHNSTON (State Bar No. 057418)
ARNOLD & PORTER
777 Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Attorneys for Plaintiff
PERFECT 10, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, | Case No.: 01-02595 LGB (SHx) |
| Plaintiff, | NOTICE OF DISMISSAL OF XLINK ONLY; NO OTHER DEFENDANTS ARE DISMISSED |
| vs. | |
| CYBERNET VENTURES, INC.; SPIKA'S REALM; FUNET INC.; SEAN DEVINE, an individual; WORLDGATE INC.; THOMAS PACH, an individual; XLINK; and DOES 1-10, | |
| Defendants. | |

ENTERED ON ICMS
JUN 15 2001
CV

Plaintiff Perfect 10, Inc., by its attorneys, does hereby dismiss only Defendant XLINK without prejudice. No other Defendants are dismissed.

JUN 15 2001
-1-

| | | |
|---|---|---|
| 1 | Dated: June 14, 2001 | Respectfully submitted, |
| 2 | | Jeffrey N. Mausner (Bar No. 122385) |
| 3 | | Laurence M. Berman (Bar No. 93515) |
| | | Mona D. Miller (Bar No. 77452) |
| 4 | | G. Jill Basinger (Bar No. 195739) |
| | | BERMAN, MAUSNER & RESSER, A LAW CORPORATION |
| 5 | | John J. Quinn (Bar No. 029588) |
| 6 | | Ronald Johnston (Bar No. 057418) |
| | | ARNOLD & PORTER |
| 7 | | |
| 8 | | By: /s/ Jeffrey N. Mausner |
| | | Jeffrey N. Mausner |
| | | Attorneys for Plaintiff, PERFECT 10, INC. |

BERMAN, MAUSNER & RESSER
A LAW CORPORATION

-2-

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 4727 Wilshire Boulevard, Suite 500, Los Angeles, California 90010-3874.

On June 14, 2001, I served the foregoing document(s) described as follows:

**NOTICE OF DISMISSAL OF XLINK ONLY; NO OTHER DEFENDANTS ARE DISMISSED**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Donald G. Norris, Esq.
Oppenheimer, Wolff & Donnelly
2029 Century Park East, Suite 3800
Los Angeles, CA 90067

Kevin W. Kirsch, Esq.
Oppenheimer, Wolff & Donnelly
840 Newport Center Drive, Suite 700
Newport Beach, CA 92660

William J. Robinson, Esq.
Victor de Gyarfas, Esq.
Mayer, Brown & Platt
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071

**MAIL:** I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **June 14, 2001**, at Los Angeles, California.

BY: _/s/ Paul C. Mim Mack_
Paul Mim Mack

BERMAN, MAUSNER & RESSER
A LAW CORPORATION