JEFFREY N. MAUSNER (Bar No. 122385)
LAURENCE M. BERMAN (Bar No. 93515)
JOHN R. YATES (Bar No. 120344)
BERMAN, MAUSNER & RESSER
A LAW CORPORATION
11601 Wilshire Boulevard, Suite 600
Los Angeles, California 90025-1742
Telephone: (310) 479-2961
Fax: (310) 479-8298
e-mail: jmausner@bmrlaw.com

RONALD JOHNSTON (Bar No. 57418)
JOHN J. QUINN (Bar No. 29588)
DANIEL J. COOPER (Bar No. 198460)
SEAN O. MORRIS (State Bar No. 200368)
ARNOLD & PORTER
1900 Avenue of the Stars, 17th Floor
Los Angeles, California 90067-4408
Telephone: (310) 552-2500
Fax: (310) 552-1191
e-mail: ronald_johnston@aporter.com

Attorneys for Plaintiff
PERFECT 10, INC.

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
SEP 13 2002
CENTRAL DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CYBERNET VENTURES, INC.; et al.,<br><br>Defendants. | Case No.: 01-02595 LGB (SHx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS AND COUNTERCLAIMANTS (CYBERNET VENTURES, INC. AND LAITH ALSARRAF) AND COUNTERDEFENDANTS (PERFECT 10, INC. AND NORMAN ZADEH); AND**<br><br>[PROPOSED] **ORDER**<br><br>[Fed. R. Civ. P. 41(a)]<br><br>[No Hearing Date Required] |

☑ Docketed
☑ Copies (NTC Sent)
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
248013 5 CLSD

ENTERED ON ICMS
SEP 16 2002

342

Plaintiff and Counterdefendant Perfect 10, Inc. ("Perfect 10") and Counterdefendant Norman Zadeh, by and through their attorney Ronald L. Johnston, Defendant and Counterclaimant Cybernet Ventures, Inc. ("Cybernet"), by and through its attorney Christopher G. Caldwell, and Defendant and Counterclaimant Laith Alsarraf, by and through his attorney Thomas Doniger, hereby agree and stipulate as follows:

1. This action was commenced by Perfect 10's Complaint filed in this Court on or about March 20, 2001.

2. Following other amendments to the Complaint, Perfect 10's Fifth Amended Complaint was filed against defendants Cybernet and Laith Alsarraf on or about February 14, 2002.

3. Cybernet and Laith Alsarraf filed and served their Counterclaims against Perfect 10 and Norman Zadeh on or about March 18, 2002.

4. The only parties who have appeared in this action and remain in this action are Perfect 10, Norman Zadeh, Cybernet, and Laith Alsarraf.

5. Perfect 10, Norman Zadeh, Cybernet, and Laith Alsarraf have now reached an agreement to settle this action. Under the terms of the Settlement Agreement, plaintiff Perfect 10 has agreed to dismiss, with prejudice, its entire action against defendants Cybernet and Laith Alsarraf, and counterclaimants Cybernet and Laith Alsarraf have agreed to dismiss, with prejudice, their entire action against counterdefendants Perfect 10 and Norman Zadeh. These parties have also agreed that each shall bear its or his own costs and attorneys' fees.

6. Accordingly, the Complaint, the First, Second, Third, Fourth and Fifth Amended Complaints, the Counterclaims, and all claims in this action between plaintiff Perfect 10, defendants and counterclaimants Cybernet and Laith Alsarraf, and counterdefendant Norman Zadeh shall be dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees.

7. The preliminary injunction previously entered in this case shall be

248013_5

-2-

dissolved, but only as it pertains to defendants Cybernet and Laith Alsarraf. The preliminary injunction shall remain in effect as to the other defendants listed in the preliminary injunction order.

8. The Court shall retain continuing jurisdiction over this action to enter and enforce the terms of the Stipulation for Entry of Judgment, on the terms and conditions spelled out in that Stipulation. The parties each reserve all rights concerning the extent, if any, to which the Court has jurisdiction to enforce other terms of the settlement agreement.

DATED: September __, 2002   BERMAN, MAUSNER & RESSER
A LAW CORPORATION

ARNOLD & PORTER

By: _____
Ronald L. Johnston
Attorneys for Plaintiff Perfect 10, Inc.
and Counterdefendant Norman Zadeh

DATED: September 12, 2002   Caldwell, Leslie, Newcombe & Pettit,
A Professional Corporation

By: _____
Christopher G. Caldwell
Attorneys for Defendant and
Counterclaimant Cybernet Ventures, Inc.

DATED: September 12, 2002   Doniger & Fetter

By: _____
Thomas Doniger
Attorneys for Defendant and
Counterclaimant Laith Alsarraf

248013_5

-3-

## ORDER

Based on the foregoing stipulation, and good cause appearing therefore, IT IS ORDERED that:

1. The Complaint, the First, Second, Third, Fourth and Fifth Amended Complaints, the Counterclaims, and all claims in this action between plaintiff Perfect 10, Inc., defendants and counterclaimants Cybernet Ventures, Inc. and Laith Alsarraf, and counterdefendant Norman Zadeh shall be dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees.

2. The preliminary injunction previously entered in this case shall be dissolved, but only as it pertains to defendants Cybernet Ventures, Inc. and Laith Alsarraf. The preliminary injunction shall remain in effect as to the other defendants listed in the preliminary injunction order.

3. The Court shall retain continuing jurisdiction over this action to enter and enforce the terms of the Stipulation for Entry of Judgment, on the terms and conditions spelled out in that Stipulation. The parties each reserve all rights concerning the extent, if any, to which the Court has jurisdiction to enforce other terms of the settlement agreement.

Dated: _September 13, 2002_  _____
Hon. Lourdes G. Baird
United States District Judge

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On **September 12, 2002**, I served the within document(s) described below as:

**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS AND COUNTERCLAIMANTS (CYBERNET VENTURES, INC. AND LAITH ALSARRAF) AND COUNTERDEFENDANTS (PERFECT 10, INC. AND NORMAN ZADEH); AND PROPOSED ORDER**

( X ) **BY MAIL:** By placing a true copy thereof in sealed envelopes and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**SEE ATTACHED SERVICE LIST**

( ) **BY FAX:** By transmitting a true copy thereof via facsimile machine to the offices or the parties listed on the attached Service List. I caused the copy to be transmitted from the facsimile number of Caldwell, Leslie, Newcombe & Pettit, (213) 629-9022 or (213) 629-5584. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service.

(   ) **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge, and that I executed this document on **September 12, 2002**, at Los Angeles, California.

( xx ) **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on **September 12, 2002** at Los Angeles, California.

_Pamela Jaramillo_
PAMELA JARAMILLO

CALDWELL, LESLIE, NEWCOMBE & PETTIT

-1-

715-01\POS MAIL PJ\3

## SERVICE LIST

**TIMOTHY F. UMBREIT**
**LONG BUI**
CYBERNET VENTURES, INC.
17328 Ventura Blvd., PMB 183
Encino, CA 91316
**Telecopier: (818) 994-8228**

**PETER J. BEZEK**
**ROBERT A. CURTIS**
FOLEY & BEZEK, LLP
15 West Carrillo Street
Santa Barbara, California 93101
**Telecopier: (805) 962-0722**

**THOMAS DONIGER**
Law Offices of Doniger & Fetter
1000 Wilshire Blvd., Ste. 600
Los Angeles, CA 90071

**JEFFREY N. MAUSNER**
**LAURENCE M. BERMAN**
**JOHN YATES**
BERMAN, MAUSNER & RESSER,
11601 Wilshire Boulevard
Suite 600
Los Angeles, CA 90025
**Telecopier: (310) 479-8298**

**RONALD L. JOHNSTON**
**JOHN J. QUINN**
**SEAN MORRIS**
ARNOLD & PORTER
1900 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067-4408
**Telecopier: (310) 552-1191**

**JOHN A. CASE, JR**
JOHN A. CASE LAW OFFICES
1880 Century Park East
Suite 516
Los Angeles, CA 90067
**Telecopier: (310) 203-3915**

CALDWELL,
LESLIE,
NEWCOMBE
& PETTIT

-2-

715-01\POS MAIL PJ\4