JEFFREY N. MAUSNER (State Bar No. 122385)
BERMAN, MAUSNER & RESSER
A LAW CORPORATION
11601 Wilshire Boulevard, Suite 600
Los Angeles, California 90025
Telephone: (310) 473-3333; Fax (310) 473-8303
E-mail: jmausner@bmrlaw.com

RONALD JOHNSTON (State Bar No. 057418)
SEAN MORRIS (State Bar No. 200368)
ARNOLD & PORTER
1900 Avenue of the Stars, 17th Floor
Los Angeles, California 90067-4408
Telephone: (310) 552-2500
Facsimile: (310) 552-1191

DANIEL J. COOPER (State Bar No. 198460)
General Counsel, Perfect 10, Inc.

Attorneys for Plaintiff
PERFECT 10, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERFECT 10, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> CYBERNET VENTURES, INC.; et al., <br><br> Defendants. | Case No. 01-02595 LGB (SHX) <br><br> [PROPOSED] ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANTS F-T-V CORP., F-T-V.NET, AND VIC TORIA <br><br> Date: October 20, 2003 <br> Time: 10:00 a.m <br> Place: Courtroom of the <br> Hon. Lourdes G. Baird <br> Roybal Room 780 |

Having read and considered Plaintiff Perfect 10, Inc.'s ("Perfect 10") Motion to Enter Default Judgment Against Defendants F-T-V. Corp., F-T-V.net, and Vic Toria, and the submissions in support thereof, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. F-T-V. Corp., F-T-V.net, and Vic Toria are in default and therefore subject to final judgment on all claims asserted against each of them in the Third Amended Complaint.

2. Final Judgment is entered as against Defendants F-T-V. Corp., F-T-V.net, and Vic Toria on all claims asserted by Perfect 10 against them in the Third Amended Complaint.

3. Judgment is entered in favor of Perfect 10, Inc., against F-T-V. Corp., F-T-V.net, and Vic Toria, jointly and severally, in the sum of $738,150 (Seven hundred thirty eight thousand one hundred fifty dollars).

4. A permanent injunction is entered against Defendants F-T-V. Corp., F-T-V.net, and Vic Toria, not different from the preliminary injunction entered by this Court on April 22, 2002 (as amended August 13, 2002), set forth at 213 F.Supp. 2d 1146.

Dated: NOV - 7 2003

LOURDES G. BAIRD

_____
HON. LOURDES G. BAIRD

1 | Submitted by:
2 | Berman, Mausner and Resser
3 |
4 | By: *[signature: Jeffrey N. Mausner]*
5 | Jeffrey N. Mausner
6 | Attorneys for Plaintiff Perfect 10, Inc.

SCANNED

3

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California.

I am over the age of 18 and am not a party to the within action; my business address is: 11601 Wilshire Blvd., Suite 600 Los Angeles, CA 90025-1742.

On September 2, 2003 I served the foregoing document(s) described as follows:

**[PROPOSED] ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANTS F-T-V CORP., F-T-V.NET, AND VIC TORIA**

on the interested party(ies) in this action by placing a true copy thereof enclosed in a sealed envelope addressed to the address(es) as follows:

**Steven C. Farber**
**AEI Productions, Inc.**
**2798 NE 2nd Avenue**
**Boca Raton, Florida 33431**

**Steven C. Farber**
**17763 Hollybrook Way**
**Boca Raton, Florida 33487**

**MAIL:** I placed such envelope with fully prepaid postage thereon in the United States mail at Los Angeles, California.

**FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on **September 2, 2003** at Los Angeles, California

BY: _____
Andy Shah