ORIGINAL

Priority X
Send X
Enter ___
Closed ___
JS-5/JS-6 X
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV01-2595-LGB(SHx)            Date: November 26, 2003

Title:   *PERFECT 10, INC. v. CYBERNET VENTURES, INC.*

====================================================================

PRESENT:

THE HONORABLE LOURDES G. BAIRD, JUDGE

| Catherine M. Jeang | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS FOR PLAINTIFFS:          ATTORNEYS FOR DEFENDANTS:

Not Present                        Not Present

PROCEEDINGS:     ___ In Court    X  In Chambers   X  Counsel Notified

_____ Case previously closed in error.  Make JS-5.

  XX  Case should have been closed on entry dated November 24, 2003.

_____ Case settled, but may be reopened if settlement is not consummated within _____ Days.  Make JS-6.

_____ Other_____

  XX  Entered November 24, 2003.

Initials of Deputy Clerk _____


ENTERED ON ICMS
DEC 11 2003
CV

(414)